AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Jamie Richardson<br>*Plaintiff*<br>v.<br>Southeastern Conference, et al<br>*Defendant* | Civil Action No. 16 cv 9980 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Judgment is entered in favor of the Defendant Southeastern Conference and against the Plaintiff, Jamie Richardson.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge John Z. Lee on a motion for for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b).

Date: 03/19/2021

*CLERK OF COURT*

Nakita Perdue

*Signature of Clerk or Deputy Clerk*